# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MINDY BOWIE

VERSUS

BAYOU ENVIRONMENTAL PEST
CONTROL AND TERMITE
SERVICES, LLC

NO.   2025 CW 0901

**NOVEMBER 26, 2025**

---

In Re:    Bayou Enviroment Pest Control and Termite Services,
          LLC, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          756010.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED AS MOOT.** See action issued in 2025 CW 0875 on
November 17, 2025.

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT